IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br><br>VS.<br><br>WANDER COLON<br>  Defendant. | CR. NO. 06-20235-2-Ma |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on January 31, 2008, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Wander Colon, appearing in person and with counsel, James DeRossitt, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Indictment. Count 1 to be dismissed at sentencing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, May 5, 2008, at 1:30 p.m., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays.**

Defendant to remain on present bond.

**ENTERED** this the 1st day of February, 2008.

s/Samuel H. Mays
**UNITED STATES DISTRICT COURT**